STANDARD BREWERY v. CROWN CORK & SEAL CO. (Circuit Court of Appeals, Seventh Circuit. April 11, 1911.) No. 1,721. Appeal from the Circuit Court of the United States for the Northern District of Illinois. See, also, 174 Fed. 252. Louis C. Raegener and William O. Belt, for appellant. R. H. Parkinson, Edwin G. Baetjer, and James Q. Rice, for respondent.

PER CURIAM. Appeal dismissed, on motion of counsel for appellant.

---

TEXAS & P. RY. CO. v. AMERICAN TIE & TIMBER CO.† (Circuit Court of Appeals, Fifth Circuit. December 5, 1911.) No. 2,163. In Error to the Circuit Court of the United States for the Northern District of Texas. T. B. McCormick and Hiram Glass, for plaintiff in error. R. W. Rodgers and R. P. Dorough, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. This action is one brought to recover damages under section 8 of the act to regulate commerce. Act Feb. 4, 1887, c. 104, 24 Stat. 382 (U. S. Comp. St. 1901, p. 3159). The questions involved are whether there was a joint rate lawfully established between certain points on the Texas & Pacific Railway and certain other points on the Union Pacific Railway on cross-ties, and, if so, whether the plaintiff in error disregarded and refused to comply with the same, and therein and thereby unlawfully discriminated against the defendant in error. On this state of the case we have no doubt as to the jurisdiction of the court. Under section 8 reasonable counsel fees are authorized to be fixed by the court in every case of recovery. The amount allowed for counsel fees in this case appears to be reasonable, in the light of the record and our judicial knowledge of the services rendered. Upon an inspection of the whole record, we find no reversible error in any of the rulings below. The judgment of the Circuit Court is affirmed.

---

UNION CASTLE MAIL S. S. CO., Limited, et al., v. THOMSEN et al. (Circuit Court of Appeals, Second Circuit. October 23, 1911.) No. 189. In Error to the Circuit Court of the United States for the Southern District of New York. See, also, 190 Fed. 536. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. We understand from the petition of the plaintiffs below that they do not desire to present additional testimony and do not wish a new trial of this action. We understand, also, that they are willing to stand on the record as made, and that they prefer, instead of a decision granting a new trial, a decision reversing the judgment and directing the Circuit Court to dismiss the complaint, in order that they may carry the case to the Supreme Court without further delay. If we are correct in this supposition, we are prepared to recall the mandate, order a rehearing, reverse the judgment, and direct the Circuit Court to dismiss the complaint.